IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM HUNGARY ) <br> IN THE MATTER OF ) <br> ATTILA KULCSAR ) | Misc. No. 05- |

**APPLICATION FOR ORDER (28 U.S.C. 1782)**

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Hungarian authorities.

        COLM F. CONNOLLY
        United States Attorney

By: _/s/ Richard G. Andrews_
        Richard G. Andrews
        Assistant U.S. Attorney
        Delaware Bar I.D. No.2199
        1007 N. Orange Street
        Wilmington, DE  19801
        (302) 573-6277

Dated: 12/22/05